IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF CSAIL 2017-C8 COMMERCIAL MORTGAGE TRUST, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2017-C8** : :  :  :  :  :  :  :  : **v.** : :  **FT. WASHINGTON HOSPITALITY PARTNERS, LLC** : : | **CIVIL ACTION NO. 21-301** |

## ORDER

This 8th day of April, 2022, upon consideration of Plaintiff's motion for summary judgment, ECF 29, it is hereby **ORDERED** that Plaintiff's motion is **GRANTED** and **JUDGMENT IN MORTGAGE FORECLOSURE** is **ENTERED** in favor of Plaintiff and against Defendant and the mortgaged property in the amount of $22,671,880.37 together with daily interest of $4,596.62 from March 6, 2022, to the date of any Marshal's or other judicial sale of the property.

/s/ Gerald Austin McHugh
United States District Judge